**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 15-7594**

─────────────

MARVIN W. MILLSAPS,

        Petitioner - Appellant,

    v.

OLIVER WASHINGTON,

        Respondent - Appellee.

─────────────

**No. 15-7601**

─────────────

MARVIN W. MILLSAPS,

        Petitioner - Appellant,

    v.

OLIVER WASHINGTON,

        Respondent - Appellee.

─────────────

Appeals from the United States District Court for the Western District of North Carolina, at Statesville. Frank D. Whitney, Chief District Judge. (5:15-cv-00113-FDW; 5:15-cv-00114-FDW)

─────────────

Submitted: February 25, 2016      Decided: March 1, 2016

─────────────

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

———————————

Marvin W. Millsaps, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin W. Millsaps seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2254 (2012) petitions. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Millsaps has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeals. We deny Millsaps' motion to supplement and dispense with oral argument because the facts and legal contentions are adequately

3

presented in the materials before this court and argument would not aid the decisional process.

DISMISSED